# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | * CRIMINAL NO.16-00243-WS |
| CHRISTOPHER M. DUFRENE, | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendant's motion be **granted** in part and **denied** in part. The Defendant is declared indigent for cost, the requested evaluation and assessment are found necessary for the effective representation of the Defendant, and the Court approves the Defendant's expert request at the hourly rate of $200 per hour not to exceed the statutory cap of $2,500.

**DONE** this 2nd day of May, 2017.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**