## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| | * | |
| vs. | * | CIVIL ACTION NO.16-00243-WS |
| | * | |
| CHRISTOPHER M. DUFRENE, | * | |
| | * | |
| Defendant. | * | |

### JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Defendant's motion be **granted** in part and **denied** in part. The Defendant is declared indigent for cost, the requested evaluation and assessment are found necessary for the effective representation of the Defendant, and the Court approves the Defendant's expert request at the hourly rate of $200 per hour not to exceed the statutory cap of $2,500.

**DONE** this 2nd of May, 2017.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE